```
 1
 2
 3
 4
 5
 6
 7
 8                          IN THE UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   BLAINE BUTLER,
11              Petitioner,              No. CIV S-07-0749 MCE DAD P
12         vs.
13   M. KRAMER, Warden,
14              Respondent.              ORDER
15   _____/
```

16         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma

18  pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a).

19  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20  a request to proceed in forma pauperis or submit the appropriate filing fee.

21         In accordance with the above, IT IS HEREBY ORDERED that:

22         1. Petitioner shall submit, within thirty days from the date of this order, an

23  affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24  petitioner's failure to comply with this order will result in the dismissal of this action; and

25  /////

26  /////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: April 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
butl0749.101a