IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLAINE BUTLER,

    Petitioner,                    No. CIV S-07-0749 MCE DAD P

   vs.

M. KRAMER, Warden,

    Respondent.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to this court's June 7, 2007 order, petitioner filed an amended petition. Subsequently, petitioner filed a second amended petition and a letter, which indicates that he wishes to proceed with the second amended petition. Good cause appearing, the court will disregard petitioner's June 13, 2007 amended petition and allow the case to proceed on petitioner's June 26, 2007 second amended petition.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

        Also before the court is petitioner's motion to appoint counsel. Petitioner is advised that there currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C.

§ 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.  Accordingly, petitioner's motion will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's June 13, 2007 amended petition is stricken; the case shall proceed on petitioner's June 26, 2007 second amended petition;

2. Respondent is directed to file a response to petitioner's June 26, 2007 second amended habeas petition within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter;

5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's June 26, 2007 second amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,  Senior Assistant Attorney General; and

6. Petitioner's June 26, 2007 motion to appoint counsel is denied.

DATED: September 17, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
butl0749.100+

2