IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**BLAINE BUTLER,**

                Petitioner,

v.

**M. KRAMER, Warden,**

                Respondent.

CIV S-07-0749 MCE DAD P

**ORDER**

Respondent has requested an extension of time to file a response to petitioner's second amended petition. GOOD CAUSE APPEARING, Respondent's request for a 30-day extension of time within which to file a response in this matter is hereby GRANTED. Respondent's response is due on November 19, 2007.

DATED: October 18, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/butl0749.111