IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLAINE BUTLER,** | CIV S-07-0749 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M. KRAMER, Warden,** | |
| Respondent. | |

Respondent has requested a second extension of time to file a response to petitioner's second amended petition. GOOD CAUSE APPEARING, respondent's request for a 30-day enlargement of time to file a response in this matter is hereby GRANTED. Respondent's response is now due on December 19, 2007.

DATED: November 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/butl0749.111(2)

1