IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLAINE BUTLER,** | CIV S-07-0749 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M. KRAMER, Warden,** | |
| Respondent. | |

Respondents have requested a third extension of time to file a response to petitioner's second amended petition. GOOD CAUSE APPEARING, it is hereby ordered that Respondents' response to Petitioner's second amended petition shall be filed on or before January 18, 2008.

DATED: December 14, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/butl0749.111(3)