1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10    BLAINE BUTLER,

11               Petitioner,              No. CIV S-07-0749 MCE DAD P

12        vs.

13    M. KRAMER, Warden,

14               Respondent.              ORDER

15    _____/

16               Petitioner has requested an extension of time to file a traverse.  Good cause

17    appearing, IT IS HEREBY ORDERED that:

18               1.  Petitioner's February 20, 2008 request for an extension of time [Doc. No. 25] is

19    granted; and

20               2.  Petitioner is granted thirty days from the date of this order in which to file a

21    traverse.

22    DATED: February 26, 2008.

23

24

25    DAD:bb
      butl0749.111tr

26

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE