UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAINE BUTLER, <br><br>             Petitioner/Appellant, <br><br>      v. <br><br> M. KRAMER, <br><br>             Respondent/Appellee. | Case No. C07-00749RBL <br><br> ORDER |

THIS MATTER comes on before the above-entitled Court upon Petitioner's Motion for a Certificate of Appealability [Dkt. #34].  Having considered the entirety of the records and file herein, the Court rules as follows:

For the reasons set forth in the Court's Order Denying Petition for Writ of Habeas Corpus and Request for an Evidentiary Hearing [Dkt. #32], the Court declines to issue a Certificate of Appealability because the Petitioner has failed to make "a showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated this 15th day of December, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1